# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| RUTH MORRISON,<br><br>               Plaintiff,<br><br>   v.<br><br>MELISSA SELLERS,<br><br>               Defendant. | CASE NO. **2:24-cv-00852-JCC**<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS** |

Plaintiff's application to proceed in forma pauperis (Dkt. 1) is **GRANTED**. Plaintiff may proceed without prepayment of costs or fees or the necessity of giving security therefore.

The Clerk is directed to send a copy of this Order to plaintiff.

DATED this 17th day of June, 2024.

                                            BRIAN A. TSUCHIDA
                                            United States Magistrate Judge